UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80278-CIV-MARRA/JOHNSON

In re
STANTON FREEMAN,
         Debtor
_____

STANTON FREEMAN, Debtor,

         Plaintiff,

vs.

RICHARD O'DONNELL, et al.,

         Defendants.
_____/

Adv. No. 05-03081–BKC-JKO

MARGARET E. PARKER,

         Defendant/Counter-Plaintiff,

vs.

STANTON FREEMAN, Debtor

         Plaintiff/Counter-Defendant,
_____/

MARGARET E. PARKER,

         Defendant/Cross-Plaintiff,

RICHARD O'DONNELL, et al.,
         Defendant/Cross-Defendants,
_____/

**ORDER STAYING PENDING MOTION AND ADMINISTRATIVELY CLOSING CASE**

      This cause is before the Court upon Richard O'Donnell and Houston Petroleum

Dockets.Justia.com

Company's Suggestion of Bankruptcy and Notice of Stay [DE 2].  The Court has carefully reviewed the court file and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the pending motion to withdraw the reference [DE 1] is **STAYED** and this case is **ADMINISTRATIVELY CLOSED**.  Either party can seek to lift this Court's stay when the United States Bankruptcy Court for the Southern District of Texas lifts its automatic stay.

**DONE and ORDERED** at West Palm Beach, Palm Beach County, Florida this 25th day of March 2008.

_____
KENNETH A. MARRA
United States District Judge

copies to:
All counsel of record